IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GALDERMA LABORATORIES, L.P.;                )
NESTLÉ SKIN HEALTH S.A.; and                )
TCD ROYALTY SUB LLC,                        )
                                            )
                Plaintiffs,                 )    C.A. No. 16-207 (LPS)
                                            )
        v.                                  )
                                            )
AMNEAL PHARMACEUTICALS LLC and              )
AMNEAL PHARMACEUTICALS CO. (I)              )
PVT. LTD.,                                  )
                Defendants.                 )

**[PROPOSED] JUDGMENT**

At Wilmington, this ___ day of _____ 2018:

**WHEREAS**, the Court held a five-day bench trial in the above-captioned action from February 12 through February 16, 2018; and

**WHEREAS**, the Court issued an opinion setting forth its Findings of Fact and Conclusions of Law and an accompanying Order on August 27, 2018 (D.I. 289 & 290);

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.      Claim 1 of U.S. Patent No. 8,206,740 ("Chang '740 patent"), claims 1 and 3 of U.S. Patent No. 8,394,405 ("Chang '405 patent"), and claims 1 and 2 of U.S. Patent No. 8,470,364 ("Chang '364 patent") are infringed by Defendants Amneal Pharmaceuticals LLC's and Amneal Pharmaceuticals Co. (I) Pvt. Ltd.'s (n/k/a Amneal Pharmaceuticals Pvt. Ltd.) (collectively, "Amneal") Abbreviated New Drug Application ("ANDA") No. 203278;

2.      Claims 3, 4, 5, 15, and 16 of U.S. Patent No. 8,603,506 ("Ashley '506 patent"), and claims 13, 14, 15, and 16 of U.S. Patent No. 9,241,946 ("Ashley '946 patent") are infringed by Amneal's ANDA No. 203278 and are not invalid;

3.      Claim 1 of U.S. Patent No. 7,749,532 ("Chang '532 patent") is not infringed by Amneal's ANDA No. 203278;

4.      Claim 30 of U.S. Patent No. 7,211,267 ("Ashley '267 patent"), and claims 14, 15, 23, 24, and 26 of U.S. Patent No. 7,232,572 ("Ashley '572 patent") are not infringed by Amneal's ANDA No. 203278 and are not invalid;

5.      Judgment is entered for Plaintiffs and against Amneal on (1) Plaintiffs' claims of infringement of claim 1 of the Chang '740 patent; claims 1 and 3 of the Chang '405 patent; claims 1 and 2 of the Chang '364 patent; claims 3, 4, 5, 15, and 16 of the Ashley '506 patent; and claims 13, 14, 15 and 16 of the Ashley '946 patent; and on (2) Amneal's counterclaims of invalidity of claims 3, 4, 5, 15, and 16 of the Ashley '506 patent; claims 13, 14, 15 and 16 of the Ashley '946 patent; claim 30 of the Ashley '267 patent; and claims 14, 15, 23, 24 and 26 of the Ashley '572 patent;

6.      Judgment is entered for Amneal and against Plaintiffs on Plaintiffs' claims of infringement of claim 1 of the Chang '532 patent; claim 30 of the Ashley '267 patent; and claims 14, 15, 23, 24 and 26 of the Ashley '572 patent;

7.      Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval by the U.S. Food and Drug Administration ("FDA") of Amneal's ANDA No. 203278 shall be a date which is not earlier than December 24, 2025, the expiration date of the Chang '740 patent, or any extension of that date;

8.      Pursuant to 35 U.S.C. § 283 and 35 U.S.C. § 271(e)(4)(B), Amneal and its officers, agents, servants, employees, and attorneys, and any and all other persons who are in active concert or participation with any of them, are hereby enjoined until the latest of the expiration of the Ashley '506 patent, the Ashley '946 patent, the Chang '740 patent, the Chang

'405 patent, and the Chang '364 patent from making, using, offering for sale, or selling within the United States, or importing into the United States, any product that is the subject of Amneal's ANDA No. 203278; and

9.    Each side will bear its own costs and expenses.

HONORABLE LEONARD P. STARK
CHIEF, U.S.D.J.